## Commonwealth *v.* Shuler, Appellant.

Submitted December 16, 1975. *Mark S. Levy*, and *Kremer, Krimsky & Luterman*, for appellant; *Allan J. Sagot, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District

Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.